**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| PENNSYLVANIANS FOR UNION REFORM, | : | No. 53 MAL 2016 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| PENNSYLVANIA OFFICE OF ADMINISTRATION, | : | |
| | : | |
| Respondent | : | |
| | : | |
| KENNETH JASPER, | : | |
| | : | |
| Intervenor | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.